**STINSON LLP**
1144 Fifteenth St., Suite 2400
Denver, CO 80202
Tel: 303.376.8400
Zane A. Gilmer, Atty. Reg. No. 7-4545
Zane.Gilmer@stinson.com

Patrick A Edwards (Admitted Pro Hac Vice)
1625 N. Waterfront Parkway, Suite 300
Wichita, KS 67206
Tel: 316.265.8800
Patrick.Edwards@stinson.com

David R. Barnard (Admitted Pro Hac Vice)
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Tel: 816.842.8600
David.Barnard@stinson.com

Adrianna M. Chavez (Admitted Pro Hac Vice)
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004
Tel: 602.279.1600
Adrianna.Chavez@stinson.com

*Attorneys for Plaintiff*
*Jorns & Associates, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| JORNS & ASSOCIATES LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:23-cv-247-KHR |
| ) | |
| WCMS MEDIA LLC and JESS E. ROGERS, SR., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**PLAINTIFF JORNS & ASSOCIATES LLC'S COMBINED MOTION TO STRIKE AND PARTIAL MOTION TO DISMISS AMENDED COUNTERCLAIM**

Pursuant to Fed. R. Civ. P. 12(f) and 12(b)(6), Plaintiff Jorns & Associates LLC ("Plaintiff" or "Jorns"), by and through undersigned counsel, respectfully submits this Combined Motion to Strike and Motion to Dismiss in Part Defendants WCMS Media LLC's and Jess E. Rogers, Sr.'s (collectively, "Defendants") Amended Answer and Counterclaim ("Am. Countercl.") (ECF No. 36). Specifically, Jorns moves this Court to strike the paragraphs under "Overview" and paragraphs 69-87 and 89-90 from the Amended Counterclaim and dismiss Defendant's claim for breach of the implied covenant of good faith and fair dealing for failure to state a claim.

For the reasons set forth in its accompanying Memorandum of Law, Jorns respectfully requests that this Court GRANT its Motion, strike the above-referenced paragraphs, and dismiss Defendants' claim for breach of the implied covenant of good faith and fair dealing.

Respectfully submitted this 6th day of May, 2024.

        Respectfully submitted,

By: */s/ Zane A. Gilmer*
    Zane A. Gilmer (Wyoming Bar #7-4545)
    **STINSON LLP**
    1144 Fifteenth Street, Suite 2400
    Denver, Colorado 80202
    Phone: 303-376-8416
    Fax: 303-578-7966
    zane.gilmer@stinson.com

    *Attorneys for Plaintiff Jorns & Associates LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of May, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Paula Fleck
Erik J. Adams
HOLLAND & HART LLP
645 S. Cache Street, Suite 100
P.O. Box 68
Jackson, WY 83001
Telephone: (307) 739-9741
Facsimile: (307) 739-9744
pfleck@hollandhart.com
ejadams@hollandhart.com

Steven Fried (PHV)
954 Lexington Avenue #1051
New York, NY 10021
(917) 280-2468
sfried@olyverapp.com

ATTORNEYS FOR DEFENDANTS

                                                By: */s/ Zane A. Gilmer*
                                                   Zane A. Gilmer