**STINSON LLP**
1144 Fifteenth St., Suite 2400
Denver, CO 80202
Tel: 303.376.8400
Zane A. Gilmer, Atty. Reg. No.  7-4545
Zane.Gilmer@stinson.com

Patrick A Edwards (Admitted Pro Hac Vice)
1625 N. Waterfront Parkway, Suite 300
Wichita, KS 67206
Tel: 316.265.8800
Patrick.Edwards@stinson.com

David R. Barnard (Admitted Pro Hac Vice)
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Tel: 816.842.8600
David.Barnard@stinson.com

Adrianna M. Chavez (Admitted Pro Hac Vice)
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004
Tel: 602.279.1600
Adrianna.Chavez@stinson.com

*Attorneys for Plaintiff*
*Jorns & Associates, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| JORNS & ASSOCIATES LLC, | ) |
| | ) |
| Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) Case No. 2:23-cv-247-KHR |
| | ) |
| WCMS MEDIA LLC and JESS E. ROGERS, SR., | ) |
| | ) |
| Defendants/Counterclaimants. | ) |
| | ) |

**STIPULATED EXTENSION OF DEADLINE FOR DISCOVERY RESPONSES**

1

Plaintiff Jorns & Associates LLC ("Jorns") and Defendants WCMS Media LLC and Jess E. Rogers, Sr. ("Defendants") stipulate to an extension of the deadline for Jorns to answer or object to Defendants' First Set of Interrogatories served on June 18, 2024. Jorns shall have through August 1, 2024 to serve its answers or objections to Defendants' First Set of Interrogatories.

Respectfully submitted this 17th day of July, 2024.

Respectfully submitted,

By: */s/ Zane A. Gilmer*
Zane A. Gilmer (Wyoming Bar #7-4545)
**STINSON LLP**
1144 Fifteenth Street, Suite 2400
Denver, Colorado 80202
Phone: 303-376-8416
Fax: 303-578-7966
zane.gilmer@stinson.com

*Attorneys for Plaintiff and Third-Party Defendant*

By: */s/ Paula Fleck*
Paula Fleck (Wyoming Bar #6-2660)
Erik J. Adams (Wyoming Bar #8-6953)
**HOLLAND & HART LLP**
645 S. Cache Street, Suite 100
P.O. Box 68
Jackson, WY 83001
Telephone: (307) 739-9741
Facsimile: (307) 739-9744
pfleck@hollandhart.com
ejadams@hollandhart.com
*Attorneys for Defendants and Counterclaimants*

## CERTIFICATE OF SERVICE

   I hereby certify that on this 17th day of July, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Paula Fleck
Erik J. Adams
HOLLAND & HART LLP
645 S. Cache Street, Suite 100
P.O. Box 68
Jackson, WY 83001
Telephone: (307) 739-9741
Facsimile: (307) 739-9744
pfleck@hollandhart.com
ejadams@hollandhart.com

Steven Fried (PHV)
954 Lexington Avenue #1051
New York, NY 10021
(917) 280-2468
sfried@olyverapp.com

ATTORNEYS FOR DEFENDANTS

                By: */s/ Zane A. Gilmer*
                  Zane A. Gilmer

CORE/3524632.0011/191170641.2