IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JORNS & ASSOCIATES LLC, ) | |
| ) | |
| Plaintiff/Counterclaim-Defendant, ) | |
| ) | |
| v. ) | Case No. 2:23-cv-247-KHR |
| ) | |
| WCMS MEDIA LLC and JESS E. ROGERS, SR., ) | |
| ) | |
| Defendants/Counterclaimants. ) | |
| ) | |

## [PROPOSED] ORDER GRANTING JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

The Court, having reviewed the Joint Motion for Entry of a Protective Order, and being duly advised on the contents thereof:

Hereby **GRANTS** the Motion and **ORDERS** that the Parties proposed Protective Order is made an Order of the Court.

Dated: _____, 2024.

_____
Kelly H. Rankin
United States District Court Judge

1