**STINSON LLP**
1144 Fifteenth St., Suite 2400
Denver, CO 80202
Tel: 303.376.8400
Zane A. Gilmer, Atty. Reg. No. 7-4545
Zane.Gilmer@stinson.com

Patrick A Edwards (Admitted Pro Hac Vice)
1625 N. Waterfront Parkway, Suite 300
Wichita, KS 67206
Tel: 316.265.8800
Patrick.Edwards@stinson.com

David R. Barnard (Admitted Pro Hac Vice)
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Tel: 816.842.8600
David.Barnard@stinson.com

Adrianna M. Chavez (Admitted Pro Hac Vice)
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004
Tel: 602.279.1600
Adrianna.Chavez@stinson.com

*Attorneys for Plaintiff/Counterclaim-Defendant*
*Jorns & Associates, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| JORNS & ASSOCIATES LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WCMS MEDIA LLC and JESS E. ROGERS, SR., )<br>)<br>Defendants. )<br>_____ ) | Case No. 2:23-cv-247-KHR |

# JOINT MOTION FOR EXTENSION OF PLAINTIFF/COUNTER CLAIMANT'S EXPERT DESIGNATION DEADLINE

Plaintiff Jorns & Associates LLC and Defendants WCMS Media LLC and Jess E. Rogers, Sr. (jointly "the Parties") hereby move the Court for an extension of Plaintiff/Counter Claimant's expert witness designation deadline to January 8, 2025.

Currently, Plaintiff/Counter Claimant's expert witness designations are due December 16, 2024. However, the Parties informally stayed discovery leading up to their recent mediation. Mediation was unsuccessful, and the Parties now intend to produce additional documents and exchange additional written discovery. Accordingly, the Parties move to extend the Plaintiff/Counter Claimant's expert witness designation deadline to January 8, 2025. No other deadlines should be affected.

WHEREFORE, the Parties jointly, respectfully request the Court extend the expert witness designation deadline for Plaintiff/Counter Claimant to and until January 8, 2025.

Dated: December 10, 2024.

Respectfully submitted,

By: */s/ Zane A. Gilmer*
    Zane A. Gilmer (Wyoming Bar #7-4545)
    **STINSON LLP**
    1144 Fifteenth Street, Suite 2400
    Denver, Colorado 80202
    Phone: 303-376-8416
    Fax: 303-578-7966
    zane.gilmer@stinson.com

*Attorneys for Plaintiff and Counterclaim-Defendant*

By: */s/ Steven Fried*
    Paula Fleck (Wyoming Bar #6-2660)
    Erik J. Adams (Wyoming Bar #8-6953)
    **HOLLAND & HART LLP**
    645 S. Cache Street, Suite 100
    P.O. Box 68
    Jackson, WY 83001
    Telephone: (307) 739-9741
    Facsimile: (307) 739-9744
    pfleck@hollandhart.com
    ejadams@hollandhart.com

    Steven Fried (Admitted Pro Hac Vice)
    954 Lexington Avenue #1051
    New York, NY 10021

(917) 280-2468
sfried@olyverapp.com

*Attorneys for Defendants and Counterclaim Plaintiffs*

# **CERTIFICATE OF SERVICE**

      I hereby certify that on this 10th day of December, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Paula Fleck
Erik J. Adams
HOLLAND & HART LLP
645 S. Cache Street, Suite 100
P.O. Box 68
Jackson, WY 83001
Telephone: (307) 739-9741
Facsimile: (307) 739-9744
pfleck@hollandhart.com
ejadams@hollandhart.com

Steven Fried (PHV)
954 Lexington Avenue #1051
New York, NY 10021
(917) 280-2468
sfried@olyverapp.com

ATTORNEYS FOR DEFENDANTS
AND COUNTERCLAIMANTS

      By: */s/ Zane A. Gilmer*
      Zane A. Gilmer