

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JORNS & ASSOCIATES LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 23-CV-247-KHR |
| WCMS MEDIA LLC and JESS E. ROGERS, SR., | ) |
| Defendants. | ) |

### ORDER GRANTING JOINT MOTION
### FOR EXTENSION OF PLAINTIFF/COUNTER CLAIMANT'S EXPERT DESIGNATION DEADLINE

THIS MATTER comes before the Court on the Parties' *Joint Motion for Extension of Plaintiff/Counter Claimant's Expert Designation Deadline* (ECF No. 35) and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The referenced motion is GRANTED.

2. Plaintiff/Counterclaim-Defendant shall have until January 8, 2025 to designate its expert witnesses.

Dated this 11th day of December, 2024.

Scott P. Klosterman
United States Magistrate Judge

1