**STINSON LLP**
1144 Fifteenth St., Suite 2400
Denver, CO 80202
Tel: 303.376.8400
Zane A. Gilmer, Atty. Reg. No. 7-4545
Zane.Gilmer@stinson.com

Patrick A Edwards (Admitted Pro Hac Vice)
1625 N. Waterfront Parkway, Suite 300
Wichita, KS 67206
Tel: 316.265.8800
Patrick.Edwards@stinson.com

David R. Barnard (Admitted Pro Hac Vice)
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Tel: 816.842.8600
David.Barnard@stinson.com

Adrianna M. Chavez (Admitted Pro Hac Vice)
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004
Tel: 602.279.1600
Adrianna.Chavez@stinson.com

*Attorneys for Plaintiff/Counterclaim-Defendant
Jorns & Associates, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| JORNS & ASSOCIATES LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:23-cv-247-KHR |
| ) | |
| WCMS MEDIA LLC and JESS E. ROGERS, SR., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

# JOINT MOTION FOR EXTENSION OF PLAINTIFF/COUNTER CLAIMANT'S EXPERT DESIGNATION DEADLINE

Plaintiff Jorns & Associates LLC and Defendants WCMS Media LLC and Jess E. Rogers, Sr. (jointly "the Parties") hereby move the Court for an extension of the Parties' expert witness designation deadline to January 15, 2025.

Currently, the Parties' expert witness designations are due January 8, 2025. The Parties are working diligently on discovery and require an additional week to make their expert designations. Accordingly, the Parties move to extend the expert witness designation deadline to January 15, 2025. No other deadlines should be affected.

WHEREFORE, the Parties jointly, respectfully request the Court extend the expert witness designation deadline to and until January 15, 2025.

Dated: January 8, 2025.

Respectfully submitted,

| | |
|---|---|
| By: */s/ Zane A. Gilmer* <br> Zane A. Gilmer (Wyoming Bar #7-4545) <br> **STINSON LLP** <br> 1144 Fifteenth Street, Suite 2400 <br> Denver, Colorado 80202 <br> Phone: (303) 376-8416 <br> Fax: (303) 578-7966 <br> zane.gilmer@stinson.com <br><br> Patrick A. Edwards (Admitted Pro Hac Vice) <br> 1625 N. Waterfront Parkway, Suite 300 <br> Wichita, KS 67206 <br> Tel: (316) 268-7938 <br> patrick.edwards@stinson.com <br><br> David R. Barnard (Admitted Pro Hac Vice) <br> 1201 Walnut Street, Suite 2900 <br> Kansas City, MO 64106 | By: */s/ Steven Fried* <br> Paula Fleck (Wyoming Bar #6-2660) <br> Erik J. Adams (Wyoming Bar #8-6953) <br> **HOLLAND & HART LLP** <br> 645 S. Cache Street, Suite 100 <br> P.O. Box 68 <br> Jackson, WY 83001 <br> Telephone: (307) 739-9741 <br> Facsimile: (307) 739-9744 <br> pfleck@hollandhart.com <br> ejadams@hollandhart.com <br><br> Steven Fried (Admitted Pro Hac Vice) <br> 954 Lexington Avenue #1051 <br> New York, NY 10021 <br> (917) 280-2468 <br> sfried@olyverapp.com |

Tel: (816) 691-2608
david.barnard@stinson.com

Adrianna M. Chavez (Admitted Pro Hac Vice)
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004
Tel: (602) 212-8589
adrianna.chavez@stinson.com

*Attorneys for Defendants and Counterclaim Plaintiffs*

*Attorneys for Plaintiff and Counterclaim-Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of January, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Paula Fleck
Erik J. Adams
HOLLAND & HART LLP
645 S. Cache Street, Suite 100
P.O. Box 68
Jackson, WY 83001
Telephone: (307) 739-9741
Facsimile: (307) 739-9744
pfleck@hollandhart.com
ejadams@hollandhart.com

Steven Fried (PHV)
954 Lexington Avenue #1051
New York, NY 10021
(917) 280-2468
sfried@olyverapp.com

ATTORNEYS FOR DEFENDANTS
AND COUNTERCLAIMANTS

By: */s/ Zane A. Gilmer*
Zane A. Gilmer