IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JORNS & ASSOCIATES LLC, <br><br> Plaintiff, <br><br> vs. <br><br> WCMS MEDIA LLC and JESS E. ROGERS, SR., <br><br> Defendants. | Case No. 2:23-cv-247-KHR |

### ORDER GRANTING JOINT MOTION FOR EXTENSION OF PLAINTIFF/COUNTERCLAIMANT'S EXPERT DESIGNATION DEADLINE

This matter comes before the Court on the Parties' *Joint Motion for Extension of Plaintiff/Counter Claimant's Expert Designation Deadline* (the "*Motion*"). ECF No. 54. Upon consideration of the *Motion*, the record, and otherwise being fully informed, the Court finds that good cause exists to **GRANT** the requested extension. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's and the Counterclaimants' expert designations shall be submitted on or before January 15, 2025.[1]

Dated this 8th day of January, 2025.

_____
Scott P. Klosterman
United States Magistrate Judge

---

[1] Counsel is reminded that U.S.D.C.L.R. 7.1(b)(E) requires moving parties to submit a proposed order for all non-dispositive motions. These proposed orders should be filed with the motion and emailed to the judge's chambers' email in .Word format.