
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JORNS & ASSOCIATES LLC, | )<br>) |
| Plaintiff/Counterclaim Defendant, | )<br>)<br>) |
| v. | ) Case No. 2:23-cv-247-KHR<br>) |
| WCMS MEDIA LLC and JESS E. ROGERS, SR., | )<br>)<br>) |
| Defendants/Counterclaim Plaintiffs. | )<br>) |

### ORDER GRANTING MOTION FOR ORDER TO RESTRICT ACCESS TO EXPERT REPORT FILED WITH JORNS' EXPERT WITNESS DESIGNATION

The Court, having reviewed the *Motion for Order to Restrict Access to Expert Report Filed with Jorns' Expert Witness Designation* (ECF No. 56), and being duly advised on the contents thereof:

Hereby finds that good cause exists to **GRANT** the Motion and **ORDERS** that Jorns & Associates LLC may file the Expert Report for Efrain Estevez under seal.

Dated: January 15, 2025.

Scott P. Klosterman
United States Magistrate Judge

1