IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING



FILED
8:43 am, 1/17/25
U.S. Magistrate Judge

| | | |
|---|---|---|
| JORNS & ASSOCIATES, LLC, | ) | |
| | ) | |
| Plaintiff/Counterdefendant, | ) | |
| | ) | |
| v. | ) | No. 2:23-cv-00247-KHR |
| | ) | |
| JESS E. ROGERS, SR., et al., | ) | |
| | ) | |
| Defendants/Counterclaimants. | ) | |

## ORDER GRANTING DEFENDANT/COUNTERCLAIMANTS' MOTION TO EXTEND TIME TO SUBMIT EXPERT REPORTS

THIS MATTER comes before the Court on Defendant/Counterclaimants' *Motion to Extend Time to Submit Expert Reports*. Upon consideration of this motion, the record, and otherwise being fully informed, the Court finds that good cause exists to GRANT the requested motion.

IT IS HEREBY ORDERED that Defendant/Counterclaimants' deadline to submit expert reports on the issues of damages is February 14, 2025. Any rebuttals from Plaintiff/Counterdefendant shall be due on or before March 17, 2025.

Dated this 17th day of January, 2025.

_____
Scott P. Klosterman
United States Magistrate Judge