Paula A. Fleck, P.C. (WY 6-2660)
HOLLAND & HART LLP
645 South Cache Street
P.O. Box 68
Jackson, WY 83001
Ph.: 307-739-9744
pfleck@hollandhart.com

Steven Fried (admitted *pro hac vice*)
954 Lexington Avenue
Num 1051
New York, NY 10021
Ph.: 917-280-2468
sfried@olyverapp.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JORNS AND ASSOCIATES, LLC, | ) |
| Plaintiff/Counterdefendant, | ) |
| v. | ) Case No. 2:23-cv-00247-KHR |
| WCMS MEDIA LLC AND JESS E. ROGERS, SR., | ) |
| Defendants/Counterclaimants. | ) |

### **NOTICE OF OTHER WITNESSES WHO MAY BE CALLED AT TRIAL**

Pursuant to the Order on Initial Pretrial Conference entered May 16, 2024, Defendants/Counterclaimants, Jess E. Rogers, Sr., and WCMS Media, LLC, give notice that all witnesses they intend to call at trial are included in the parties' respective Rule 26 witness and expert disclosures.

DATED this 24th day of February, 2025.

/s/ Paula A. Fleck
Paula A. Fleck, P.C. (WY 6-2660)
HOLLAND & HART LLP
645 South Cache Street
P.O. Box 68
Jackson, WY 83001
Ph.: 307-739-9744
pfleck@hollandhart.com

Steven Fried (admitted *pro hac vice*)
954 Lexington Avenue, Num 1051
New York, NY 10021
Ph.: 917-280-2468
sfried@olyverapp.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of February, 2025, I electronically transmitted the foregoing document to the Clerk of Court of the U.S. District Court, District of Wyoming, using the CM/ECF system for filing. Based on the records currently on file the Clerk of Court will transmit a Notice of Electronic Filing to all registered counsel of record.

/s/ L. Jen James

34275417_v1