**STINSON LLP**
1144 Fifteenth St., Suite 2400
Denver, CO 80202
Tel: 303.376.8400
Zane A. Gilmer, Atty. Reg. No.  7-4545
Zane.Gilmer@stinson.com

Patrick A Edwards (Admitted Pro Hac Vice)
1625 N. Waterfront Parkway, Suite 300
Wichita, KS 67206
Tel: 316.265.8800
Patrick.Edwards@stinson.com

David R. Barnard (Admitted Pro Hac Vice)
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Tel: 816.842.8600
David.Barnard@stinson.com

Adrianna M. Chavez (Admitted Pro Hac Vice)
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004
Tel: 602.279.1600
Adrianna.Chavez@stinson.com

*Attorneys for Plaintiff/Counterclaim-Defendant
Jorns & Associates, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| JORNS & ASSOCIATES LLC,                )<br>                                                              )<br>                          Plaintiff,          )<br>                                                              )<br>v.                                                         )<br>                                                              )<br>WCMS MEDIA LLC and JESS E. ROGERS, SR.,  )<br>                                                              )<br>                          Defendants.     )<br>_____ ) | Case No. 2:23-cv-247-KHR |

**JORNS & ASSOCIATES LLC LISTING OF OTHER WITNESSES**

Pursuant to the Court's Order on Initial Pretrial Conference, Jorns files this Listing of Other Witnesses. In Jorns' Initial Disclosure Statement submitted on May 24, 2024 and Jorns' First Supplemental Initial Disclosure Statement submitted on February 21, 2025, Jorns identified the following witnesses: Jess Rogers, Tiffany Rogers-Cole, Ian Welling, Sergio Saenz, Tyler Rush, Nick Doty, Sue Tester, Lindsay Frederick, Matthew McClintock, Matthew Karp, Justin Jorns, Anthony Swiantek (a/k/a Tony Swantek), Chris Cole, Chase Cavalier, Kalyn Cavalier, Lacy Waugh, and Georganne Rogers. Additionally, Jorns designated Efrain Estevez and Matthew McClintock as expert witnesses in its Disclosure of Expert Witnesses filed on January 15, 2025 at Dkt. #58. At this time, Jorns is not aware of any other potential witnesses it might call to testify at trial who are not identified above, so this Listing does not identify any such other witnesses. Jorns reserves its right to designate additional expert witnesses to the extent allowed by the Order on Initial Pretrial Conference. Furthermore, discovery is still ongoing in this case and does not close until March 26, 2025. The parties are in the process of scheduling depositions, none of which have occurred to date. As a result, Jorns reserves the right to add, remove, or otherwise amend the Listing of Other Witnesses it intends to call, including amending the expected testimony of any witness. Jorns will file a First Amended Listing of Other Witnesses, as necessary, upon the close of discovery.

Dated: February 24, 2025.                    Respectfully submitted,

By: */s/ Zane A. Gilmer*
Zane A. Gilmer (Wyoming Bar #7-4545)
**STINSON LLP**
1144 Fifteenth Street, Suite 2400
Denver, Colorado 80202
Phone: (303) 376-8416
Fax: (303) 578-7966
zane.gilmer@stinson.com

Patrick A. Edwards (Admitted Pro Hac Vice)
1625 N. Waterfront Parkway, Suite 300
Wichita, KS 67206
Tel: (316) 268-7938
patrick.edwards@stinson.com

David R. Barnard (Admitted Pro Hac Vice)
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Tel: (816) 691-2608
david.barnard@stinson.com

Adrianna M. Chavez (Admitted Pro Hac Vice)
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004
Tel: (602) 212-8589
adrianna.chavez@stinson.com

*Attorneys for Jorns & Associates LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, and separately served by email to the following counsel of record:

| | |
|---|---|
| Paula Fleck<br>HOLLAND & HART LLP<br>645 S. Cache Street, Suite 100<br>P.O. Box 68<br>Jackson, WY 83001<br>Phone: (307) 739-9741; Fax: (307) 739-9744<br>pfleck@hollandhart.com<br><br>*Attorneys for WCMS Media LLC*<br>*and Jess E. Rogers, Sr.* | Steven Fried (PHV)<br>954 Lexington Avenue #1051<br>New York, NY 10021<br>Phone: (917) 280-2468<br>sfried@olyverapp.com |

By: */s/ Zane A. Gilmer*
Zane A. Gilmer