**STINSON LLP**
1144 Fifteenth St., Suite 2400
Denver, CO 80202
Tel: 303.376.8400
Zane A. Gilmer, Atty. Reg. No.  7-4545
Zane.Gilmer@stinson.com

Patrick A Edwards (Admitted Pro Hac Vice)
1625 N. Waterfront Parkway, Suite 300
Wichita, KS 67206
Tel: 316.265.8800
Patrick.Edwards@stinson.com

David R. Barnard (Admitted Pro Hac Vice)
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Tel: 816.842.8600
David.Barnard@stinson.com

Adrianna M. Chavez (Admitted Pro Hac Vice)
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004
Tel: 602.279.1600
Adrianna.Chavez@stinson.com

*Attorneys for Plaintiff/Counterclaim-Defendant*
*Jorns & Associates, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| JORNS & ASSOCIATES LLC,              ) | |
| )| |
| Plaintiff,         ) | |
| ) | |
| v.                                               ) | Case No. 2:23-cv-247-KHR |
| ) | |
| WCMS MEDIA LLC and JESS E. ROGERS, SR.,  ) | |
| ) | |
| Defendants.        ) | |
| _____ ) | |

1

## JORNS & ASSOCIATES LLC NOTICE OF SERVICE

Please take notice that the First Supplemental Initial Disclosure Statement Pursuant to Rule 26(a)(1) of Jorns & Associates LLC was served by email on counsel for WCMS Media LLC and Jess E. Rogers, Sr. on February 21, 2025.

Dated: February 24, 2025.               Respectfully submitted,

                                        By: */s/ Zane A. Gilmer*
                                        Zane A. Gilmer (Wyoming Bar #7-4545)
                                        **STINSON LLP**
                                        1144 Fifteenth Street, Suite 2400
                                        Denver, Colorado 80202
                                        Phone: (303) 376-8416
                                        Fax: (303) 578-7966
                                        zane.gilmer@stinson.com

                                        Patrick A. Edwards (Admitted Pro Hac Vice)
                                        1625 N. Waterfront Parkway, Suite 300
                                        Wichita, KS 67206
                                        Tel: (316) 268-7938
                                        patrick.edwards@stinson.com

                                        David R. Barnard (Admitted Pro Hac Vice)
                                        1201 Walnut Street, Suite 2900
                                        Kansas City, MO 64106
                                        Tel: (816) 691-2608
                                        david.barnard@stinson.com

                                        Adrianna M. Chavez (Admitted Pro Hac Vice)
                                        1850 N. Central Avenue, Suite 2100
                                        Phoenix, AZ 85004
                                        Tel: (602) 212-8589
                                        adrianna.chavez@stinson.com

                                        *Attorneys for Jorns & Associates LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 24th day of February, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, and separately served by email to the following counsel of record:

| | |
|---|---|
| Paula Fleck<br>HOLLAND & HART LLP<br>645 S. Cache Street, Suite 100<br>P.O. Box 68<br>Jackson, WY 83001<br>Phone: (307) 739-9741; Fax: (307) 739-9744<br>pfleck@hollandhart.com<br><br>*Attorneys for WCMS Media LLC*<br>*and Jess E. Rogers, Sr.* | Steven Fried (PHV)<br>954 Lexington Avenue #1051<br>New York, NY 10021<br>Phone: (917) 280-2468<br>sfried@olyverapp.com |

By: */s/ Zane A. Gilmer*
     Zane A. Gilmer

3