**STINSON LLP**
1144 Fifteenth St., Suite 2400
Denver, CO 80202
Tel: 303.376.8400
Zane A. Gilmer, Atty. Reg. No.  7-4545
Zane.Gilmer@stinson.com

Patrick A Edwards (Admitted Pro Hac Vice)
1625 N. Waterfront Parkway, Suite 300
Wichita, KS 67206
Tel: 316.265.8800
Patrick.Edwards@stinson.com

David R. Barnard (Admitted Pro Hac Vice)
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Tel: 816.842.8600
David.Barnard@stinson.com

Adrianna M. Chavez (Admitted Pro Hac Vice)
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004
Tel: 602.279.1600
Adrianna.Chavez@stinson.com

*Attorneys for Plaintiff/Counterclaim-Defendant*
*Jorns & Associates LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| JORNS & ASSOCIATES LLC,                )<br>                                                                  )<br>              Plaintiff/Counterclaim Defendant,  )<br>                                                                  )<br>v.                                                                )<br>                                                                  )<br>WCMS MEDIA LLC, *et al.*,                     )<br>                                                                  )<br>              Defendants/Counterclaim Plaintiffs.  )<br>_____ ) | Case No. 2:23-cv-247-KHR |

1

## CERTIFICATE OF SERVICE

I hereby certify that Defendants WCMS Media LLC and Jess E. Rogers, Sr. were served with Plaintiff's Fifth Document Production, JRN 0002862 through JRN 0003373, on the 17th day of February, 2025 and Plaintiff's Sixth Document Production, JRN 0002211 through JRN 0002861, on the 21st day of February, 2025, by electronic mail to:

Steven Fried of OlyverApp at sfried@olyverapp.com

Respectfully submitted this 25th day of February, 2025.

**STINSON LLP**

By: */s/ Zane A Gilmer*
Zane A. Gilmer (Wyoming Bar #7-4545)
STINSON LLP
1144 Fifteenth Street, Suite 2400
Denver, Colorado 80202
Phone: 303-376-8416
Fax: 303-578-7966
zane.gilmer@stinson.com

*Attorney for Plaintiff Jorns & Associates LLC*