IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING



FILED

2:31 pm, 4/10/25

U.S. Magistrate Judge

| | |
|---|---|
| JORNS & ASSOCIATES LLC,<br><br>    Plaintiff/Counterdefendant,<br><br>vs.<br><br>WCMS MEDIA LLC and JESS E. ROGERS, SR.,<br><br>    Defendants/Counterclaimants. | Case No. 2:23-cv-247-KHR |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINE TO SUBMIT SETTLEMENT DOCUMENTS**

This matter comes before the Court on the Parties' *Joint Motion to Extend Deadline to Submit Settlement Documents* (the "*Motion*"). ECF No. 70. Upon consideration of the *Motion*, the record, and otherwise being fully informed, the Court finds that good cause exists to **GRANT** the requested extension. Accordingly,

**IT IS HEREBY ORDERED** that parties shall submit their settlement documents on or before May 9, 2025.[1]

Dated this 10th day of April, 2025.

Scott P. Klosterman
United States Magistrate Judge

---

[1] Counsel is reminded that U.S.D.C.L.R. 7.1(b)(E) requires moving parties to submit a proposed order for all non-dispositive motions. These proposed orders should be filed with the motion and emailed to the judge's chambers' email in Word format.